[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-13319
Non-Argument Calendar
_____

D.C. Docket No. 8:13-cr-00463-CEH-TBM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHNATHAN BERGREN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 20, 2015)

Before WILLIAM PRYOR, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Ron Smith, appointed counsel for Johnathan Bergren in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bergren's conviction and sentence are **AFFIRMED**.  However, the judgment of conviction contains a clerical error, identifying Bergren's conviction as a violation of 8 U.S.C. § 1349, instead of 18 U.S.C. § 1349, as charged in Count One of the superseding indictment.  Accordingly, the judgment is **VACATED** and **REMANDED** to the district court for the limited purpose of correcting this clerical error.  *See United States v. Massey*, 443 F.3d 814, 822 (11th Cir. 2006).